IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANE B. GRIGGS, as Personal Representative of the Estate of Richard O. Bertschinger, Sr., deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE VANGUARD GROUP, INC., and VANGUARD MARKETING CORP.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CIV-17-1187-SLP<br>)<br>)<br>)<br>)<br>)<br>) |

## **O R D E R**

Before the Court are (i) Defendants' Opposed Motion to Strike Plaintiff's Second Motion to Compel Regarding Rule 30(b)(6) Deposition Notices and Brief in Support for Failure to Comply with Local Rule of Civil Procedure 7.1(e) [Doc. No. 58] and (ii) Plaintiff's Opposed Motion to Allow the Second Motion to Compel to Exceed the Page Limitation set forth in Local Rule 7.1(e) and for Leave to Make this Request Out of Time [Doc. No. 60]. Plaintiff filed a response brief [Doc. No. 61] to Defendants' Motion. Upon consideration of the parties' requests and respective positions, Plaintiff's motion is GRANTED and Defendants' motion is DENIED AS MOOT.

IT IS THEREFORE ORDERED that Plaintiff's Opposed Motion to Allow the Second Motion to Compel to Exceed the Page Limitation set forth in Local Rule 7.1(e) and for Leave to Make this Request Out of Time [Doc. No. 60] is GRANTED. Plaintiff is granted leave for her Second Motion to Compel [Doc. No. 48] to exceed the 25 pages

allowed by Local Civil Rule 7.1(e) by three pages, and such permission will be deemed to have been granted as of the date of filing of the Second Motion to Compel [Doc. No. 48].

IT IS FURTHER ORDERED that Defendants' Opposed Motion to Strike Plaintiff's Second Motion to Compel Regarding Rule 30(b)(6) Deposition Notices and Brief in Support for Failure to Comply with Local Rule of Civil Procedure 7.1(e) [Doc. No. 58] is DENIED AS MOOT.

IT IS SO ORDERED this 28th day of May, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE