**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1) Jane B. Griggs, Special Administrator of the Estate of Richard O. Bertschinger, Sr.,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 17-CIV-001187-SLP** |
| **(1) The Vanguard Group, Inc., and (2) Vanguard Marketing Corporation,** | |
| **Defendants.** | |

## PLAINTIFF'S PROPOSED JURY INSTRUCTIONS

Plaintiff Jane B. Griggs ("Ms. Griggs"), in her capacity as Personal Representative of the Estate of Richard O. Bertschinger, Sr., by and through her counsel of record, James C. Milton and Bryan J. Nowlin of Hall, Estill, Hardwick, Gable, Golden & Nelson, P.C., respectfully submits her Proposed Jury Instructions, pursuant to the Court's March 31, 2021 Phase I Specialized Scheduling Order.

1

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**USE OF ELECTRONIC DEVICES AND RESEARCH PROHIBITED**

At this time, turn off all cell phones and other electronic devices. Do not use any electronic devices while court is in session in this case.

Do not use any electronic device or media, such as the telephone, a cell or smart phone, camera, recording device, Blackberry, PDA, computer, the Internet, any Internet service, any text or instant messaging service, any Internet chat room, blog, or website such as Facebook, MySpace, YouTube, or Twitter, or any other way to find out any information about this case or the parties or attorneys.

During this trial, do not text, post, tweet, blog or otherwise broadcast anything about this case or your service on this jury. This will help you avoid others pressuring you to discuss this trial. If you believe that another juror is violating this instruction, please notify me by immediately giving a note to the bailiff.

It is very important that you abide by these instructions because it is essential that you keep your minds free and open at all times throughout this trial and that you not be influenced by anything except the evidence you hear and see in the courtroom. Failure to follow these instructions could result in the case having to be retried, and you will be in violation of your oath and the court's order, which may result in your being fined or put in jail.

Source:        OUJI 3d 1.0 (Rev. 2009)

Accepted:        _____

Rejected:    _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**EXPLANATION TO JURY PANEL OF VOIR DIRE**

As possible jurors you will be questioned to determine your qualifications to serve in this case.  The purpose of these questions is to obtain a fair jury.  Since this is an important part of the trial, it is necessary that you be given an oath to answer truthfully all questions asked you about your qualifications to serve as jurors.  Will you please stand, raise your right hand, and the oath will now be given to you by _____.

Source:         OUJI 3d 1.1 (Rev. 2009)

Accepted:      _____

Rejected:      _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION \_\_\_\_**

**OATH ON VOIR DIRE**

Do you solemnly swear that you will truly and fully answer all questions asked you by the Judge or the lawyers to serve as a juror in the case now on trial, so help you God? [Juror should be required to answer "I do."].

or

Do you affirm under the pains and penalties of perjury to truly and fully answer all questions asked you by the Judge or lawyers to serve as a juror in the case now on trial? [Juror should be required to answer "I do."].

Source:        OUJI 3d 1.2 (Rev. 2009)

Accepted:      _____

Rejected:      _____

## PLAINTIFF'S PROPOSED JURY INSTRUCTION ____

## OATH ADMINISTERED TO JURY

Do you solemnly swear that you will well and truly try the matter submitted to you in the case now on trial and reach a true verdict, according to the law and the evidence presented to you, so help you God?  [Juror should be required to answer "I do."].

     or

Do you affirm under the pains and penalties of perjury that you will well and truly try the matters submitted to you in the case now on trial and a true verdict render, according to the law and the evidence?  [Juror should be required to answer, "I do."].

Source:       OUJI 3d 1.3 (Rev. 2009)

Accepted:     _____

Rejected:      _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION \_\_\_\_**

**JURY'S DUTIES — CAUTIONARY INSTRUCTIONS — TO BE GIVEN AFTER JURY IS SWORN**

Members of the Jury: I will now explain to you your duties as jurors. It is vital to the administration of justice that you fully understand and faithfully perform these duties.

It is my duty to determine all of the law applicable to this case and to inform you of that law by these instructions and by the instructions that I will give you after all evidence has been received. It is your duty to accept and follow all of these instructions as a whole, not accepting one or more of these instructions and disregarding the others.

It is your duty to determine the facts of this case from the evidence produced in open court. You should consider only the evidence introduced while the court is in session. It is then your duty to apply the law, as determined by the court, to the facts as determined by you, and thus render a verdict. You should not allow sympathy or prejudice to influence your decision. Your decision should be based upon probabilities, and not possibilities. It may not be based upon speculation or guesswork.

The evidence which you are to consider consists of the testimony of the witnesses; the exhibits, if any, admitted into evidence; any facts admitted or agreed to by the attorneys; and any facts which I instruct you to accept as true. The term "witness" means anyone who testifies in person, by video, or by deposition, including the parties.

In addition, you are permitted to draw such reasonable inferences from the testimony and exhibits as you feel are justified. You may make deductions and reach conclusions

which reason and common sense lead you to draw from the facts which you find to have been established by the testimony and evidence in the case.

The production of evidence in court is governed by rules of law. From time to time it may be the duty of the attorneys to object to the production of evidence and my duty to rule on these objections. If I say the objection is overruled, you may consider the testimony or exhibit covered by the objection. If I say the objection is sustained, you must not consider the testimony or exhibit covered by the objection, and you should not speculate on what the testimony or exhibit might have been. The attorney's objections, and my rulings upon these objections, together with the reasons for these objections and rulings are not evidence and should not be considered by you.

The statements, remarks and arguments of the attorneys are intended to help you in understanding the evidence and applying the law, but are not evidence. If any statement, remark or argument of an attorney has no basis in the evidence, then you should disregard it.

You are the sole judges of the believability of each witness and the value to be given the testimony of each. You should take into consideration the witness's means of knowledge, strength of memory and opportunities of observation. Also consider the reasonableness, consistency or inconsistency of the testimony. You should also consider the bias, prejudice or interest, if any, the witness may have in the outcome of the trial, the conduct of the witness upon the witness stand and all other facts and circumstances that affect the believability of the witness.

8

My rulings and remarks made during the course of this trial are not intended to indicate my opinion as to the facts. During all recesses and adjournments, while this case is in progress, you must not discuss this case, or anything about this case, with anyone, and you must not allow anyone to discuss it with you. This rule applies not only to court employees, the attorneys, parties, or witnesses involved in this case, and others you may meet in the courthouse, but also to your husband and wife, other members of your family, your friends and anyone else you may meet. If during the trial anyone talks to you or tries to talk to you about this case, you must immediately report it to me, or the [(clerk of the court)/bailiff], who will report to me.

Do not, before this case is finally submitted to you for a decision, talk to your fellow jurors about this case, or form or express any opinion about it.

Do not read newspaper reports or obtain information from the internet or any other source about this trial or the issues, parties or witnesses involved in this case, and do not watch or listen to television or radio reports about it. Do not attempt to visit the scene or investigate this case on your own.

During this trial, do not text, post, tweet, blog or otherwise broadcast anything about this case or your service on this jury. This will help you avoid others pressuring you to discuss this trial. If you believe that another juror is violating this instruction, please notify me by immediately giving a note to the bailiff.

The reasons for these rules are that it is essential that you should keep your minds free and open at all times throughout this trial and that you should not be influenced by anything except the evidence you hear and see in the courtroom.

From now on, at the beginning of each recess or adjournment, I will refer to these instructions as "my instructions" or "my usual instructions," but whether or not this is done, you will carefully observe these rules at all times.

Source:         OUJI 3d 1.7 (Rev. 2009)

Accepted:      _____

Rejected:       _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION ____**

**JURY'S DUTIES — INTRODUCTION TO INSTRUCTIONS —TO BE GIVEN
AFTER THE EVIDENCE**

It is now my duty to further explain your duties as jurors, and to further inform you of the law applicable to this case.  It is your duty to faithfully perform your duties and to accept and follow all instructions of the law as a whole, including the instruction I gave you at the beginning of this trial [and the instructions I gave you during the course of this trial]. You are not free to accept and follow one or more of these instructions and disregard the other.

A written copy of all instructions will be given to you before you begin your deliberations.

Source:        OUJI 3d 1.6 (Rev. 2009)

Accepted:      _____

Rejected:      _____

11

**PLAINTIFF'S PROPOSED JURY INSTRUCTION ____**

**CLOSING INSTRUCTION – TO BE GIVEN AFTER THE EVIDENCE**

The Court has made rulings during this trial. In ruling, the Court has not in any way suggested to you the weight or credit to be given any evidence or testimony received during the trial, nor intimated in any way what you should decide in this case.

You are the judges of the facts. The importance and worth of the evidence and testimony is for you to decide.  From all the testimony heard and evidence seen by you during the trial, and using the reasoning which you each have, you will make your decision. You should perform your duties as jurors impartially and faithfully, under your oath.

The law provides that you should now listen to and consider the arguments of counsel, which are a proper part of this case.

Source:      OUJI 3d 1.8A (Rev. 2009)

Accepted:      _____

Rejected:      _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION \_\_\_\_**

**JURY'S DUTIES — TO BE GIVEN PRIOR TO DELIBERATION**

Ladies and Gentlemen of the jury, that completes the argument.  This case is now submitted to you for your decision and verdict.

When you have arrived in the jury room you should first choose one of the jury as a foreperson and then begin deciding the case.  You must not use any method of chance in arriving at your verdict, but rest it on the opinion of each juror who agrees with it.  The [forms of all possible verdicts]/ (form for your verdict) will be sent to the jury room with you, along with these written instructions of the Court.  If all twelve (12) of you agree on a verdict, [select the one (1) correct form of verdict and] only your foreperson alone need sign it; if you do not all agree, but at least nine (9) or more of you do, then only those nine (9) or more agreeing will each, individually, sign the verdict form.  Notify the Bailiff when you have arrived at a verdict so that you may return it in open court.

Source:    OUJI 3d 1.8 (Rev. 2009)

Accepted:    _____

Rejected:    _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**MANDATORY INSTRUCTION UPON DISCHARGE**

You have now completed your duties as jurors in this case and are discharged.  The question may arise whether you are free to discuss this case with anyone.  This is entirely your decision.  If any person tries to discuss the case over your objection, or becomes critical of your service, please report it to me immediately.

Source:        OUJI 3d 1.11 (Rev. 2009)

Accepted:       _____

Rejected:       _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**VERDICT FORM**

We, the jury, empaneled and sworn in the above entitled cause, do, upon our oaths, find as follows:

1.    _____    For Plaintiff, Jane Griggs as Personal Representative of the Estate of Richard O. Bertschinger, Sr., that Mr. Bertschinger lacked the required level of capacity to enter into the arbitration agreement.

2.    _____    For the Defendant, Vanguard Marketing Group, that Mr. Bertschinger possessed sufficient capacity to enter into the arbitration agreement.

_____        _____
Foreperson
_____        _____

_____        _____

_____        _____

_____        _____

Source:    OUJI 3d 1.12 (Rev. 2009) (modified)

Accepted:    _____

Rejected:    _____

15

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**DIRECTIONS FOR VERDICT FORM**

If you find in favor of Plaintiff, Jane Griggs, as Personal Representative of the Estate of Richard O. Bertschinger, Sr., on the issue of capacity to enter the arbitration agreement, then mark the Verdict Form for Plaintiff, Jane Griggs, as Personal Representative of the Estate of Richard O. Bertschinger, Sr.

If you find in favor of Defendant, Vanguard Marketing Group, on the issue of capacity to enter the arbitration agreement, then mark the Verdict Form for Defendant, Vanguard Marketing Group.

Source:        OUJI 3d 1.12A (Rev. 2009) (modified)

Accepted:      _____

Rejected:      _____

16

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**THE ISSUES IN THE CASE**

The parties to this case are Jane Griggs, as Personal Representative of the Estate of Richard O. Bertschinger, Sr., the Plaintiff, and The Vanguard Group, Inc. and Vanguard Marketing Corporation, the Defendants.

This trial will address the validity of a contract – an arbitration agreement – between Mr. Bertschinger and Vanguard Marketing Corporation.

Ms. Griggs claims that Mr. Bertschinger lacked capacity to enter into the arbitration agreement with Vanguard Marketing Corporation.

Vanguard Marketing Corporation denies that Mr. Bertschinger lacked capacity to enter into the arbitration agreement.

Source:        OUJI 3d 2.1 (Rev. 2009) (modified)

Accepted:      _____

Rejected:      _____

17

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**THE ISSUES IN THE CASE — CAUTIONARY INSTRUCTION**

This statement of the case simply defines the issues to be tried by you in this case, and the allegations or claims made therein do not constitute any evidence, nor do the statements or arguments of counsel, but you will only consider as evidence the testimony heard from the witness stand by the witness under oath, any exhibits which have been introduced and any stipulations made by counsel, and you will consider that evidence under the following instructions.

Source:      OUJI 3d 2.5 (Rev. 2009)

Accepted:      _____

Rejected:      _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION \_\_\_\_**

**BURDEN OF PROOF — CLEAR AND CONVINCING EVIDENCE**

When I say that a party has the burden of proving any proposition by clear and convincing evidence, I mean that you must be persuaded, considering all the evidence in the case, that the proposition on which the party has this burden of proof is highly probable and free from serious doubt.

Source:      OUJI 3d 3.2 (Rev. 2009)

Accepted:     _____

Rejected:     _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**NO SPECULATION**

Your decision must be based upon probabilities, not possibilities. It may not be based upon speculation or guesswork.

Source:     OUJI 3d 3.3 (Rev. 2009)

Accepted:     _____

Rejected:     _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**DETERMINING CREDIBILITY [BELIEVABILITY] OF WITNESS**

You are the sole judges of the believability of each witness and the value to be given the testimony of each. You should take into consideration the witness's means of knowledge, strength of memory and opportunities for observation. Also consider the reasonableness and consistency or inconsistency of the testimony.

You should also consider the bias, prejudice, or interest, if any, the witness may have in the outcome of the trial, the conduct of the witness upon the witness stand, and all other facts and circumstances that affect the believability of the witness.

Source:        OUJI 3d 3.13 (Rev. 2009)

Accepted:      _____

Rejected:      _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION \_\_\_\_**

**EXPERT WITNESS**

There has been introduced the testimony of witnesses who are represented to be skilled in certain areas. Such witnesses are known in law as expert witnesses. You may consider the testimony of these witnesses and give it such weight as you think it should have, but the value to be given their testimony is for you to determine. You are not required to surrender your own judgment to that of any person testifying as an expert or otherwise. The testimony of an expert, like that of any other witness, is to be given such value as you think it is entitled to receive.

Source:        OUJI 3d 3.21 (Rev. 2009)

Accepted:     _____

Rejected:      _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION \_\_\_\_**

**DIRECT AND INDIRECT [CIRCUMSTANTIAL] EVIDENCE – DEFINED – USE**

"Direct evidence" is the testimony of a person who asserts actual, personal knowledge of a fact, such as the testimony of an eyewitness. "Direct evidence" may also be an exhibit such as a photograph which demonstrates the existence of a fact. It is proof which points immediately to a question at issue and which proves the existence of a fact without inference or presumption.

"Circumstantial evidence" is the proof of facts or circumstances which gives rise to a reasonable inference of other connected facts.

The law makes no distinction between the weight to be given to either direct or circumstantial evidence. You should consider circumstantial evidence together with all the other evidence in the case in arriving at your verdict.

Source:        OUJI 3d 3.25 (Rev. 2009)

Accepted:      _____

Rejected:      _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION ____**

**FORMATION OF A CONTRACT**

A contract is an agreement to do or not to do a certain thing.

In order to have a valid contract there must be:

1.    An offer by one party,

2.    An acceptance by the other, and

3.    Each party must give something of value or promise to give something of value in exchange for what the other gives or promises.

Source:    OUJI 3d 23.2 (Rev. 2009)

Accepted:    _____

Rejected:    _____

**PLAINTIFF'S PROPOSED JURY INSTRUCTION _____**

**LACK OF CAPACITY**

Lack of capacity at the time a contract is made relieves a party of the duty to perform the contract.

A person lacks capacity if (i) by reason of mental illness or condition, is unable to control his conduct even though his cognitive ability seems unimpaired, and (ii) the other party knew or was put on notice as to the person's mental illness or condition.

It is be sufficient to show that the action in question was a product of impulse or irrational behavior beyond his control.

A person may lack capacity to enter a contract if he is of unsound mind, but not entirely without understanding.

For purposes of avoiding a contract, it is not necessary for a person's incapacity to be judicially determined before entering the contract.

The term "mental illness" is defined as a substantial disorder of thought, mood, perception, psychological orientation or memory that significantly impairs judgment, behavior, capacity to recognize reality or ability to meet the ordinary demands of life. A mental condition can be produced by age, disease, grief or affliction.

An "incapacitated person" is a person impaired by reason of mental illness, or similar cause and whose ability to receive and evaluate information effectively and to communicate responsible decisions is impaired so that the person cannot meet essential requirements for health or safety, or is unable to manage his or her financial resources.

A person of unsound mind can include a partially incapacitated person, which is an incapacitated person whose impairment is only to the extent that without the assistance of another person, he is unable to (i) meet the essential requirements for his physical health or safety, or (ii) manage all of his financial resources or to engage in all of the activities necessary for the effective management of his financial resources.

In this case, the Plaintiff must prove by clear and convincing evidence that Mr. Bertschinger lacked capacity due to mental illness or condition. This means you must be persuaded, considering all the evidence in the case, that it is highly probable and free from serious doubt that he lacked capacity.

Source:    OUJI 3d 23.31 (Rev. 2009) (modified); *Ortelere v. Teachers' Ret. Bd. of City of New York*, 25 N.Y.2d 196, 205, 250 N.E.2d 460, 464-65 (1969); *Blatt v. Manhattan Med. Grp., P.C.*, 131 A.D.2d 48, 52, 519 N.Y.S.2d 973, 976 (1987); 15 O.S. § 23; 15 O.S. § 16; Okla. Nat. Gas Corp. v. Lay, 1935 OK 868, 51 P.2d 580, 582; 30 O.S. 1-111(A)(12); 30 O.S. 1-111(A)(22); 43A O.S. 1-103(3).

Accepted:    _____

Rejected:    _____

Dated this 2nd day of August 2021.

Respectfully submitted,

/s/ James C. Milton
James C. Milton, OBA #16997
Bryan J. Nowlin, OBA #21310
**HALL, ESTILL, HARDWICK, GABLE,
    GOLDEN & NELSON, P.C.**
320 South Boston Avenue, Suite 200
Tulsa, Oklahoma  74103-3706
918-594-0400
918-594-0505 (facsimile)
jmilton@hallestill.com
bnowlin@hallestill.com

**ATTORNEYS FOR PLAINTIFF,
JANE B. GRIGGS, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
RICHARD O. BERTSCHINGER, SR.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

> Brandon M. Riley, briley@stradley.com
> Jason T Seay, jseay@dsda.com
> Jeffrey A Lutsky, jlutsky@stradley.com
> Lewis N Carter, lcarter@dsda.com
> N. Lance Bryan, lbryan@dsda.com
> Paula D. Shaffner, pshaffner@stradley.com

/s/ James C. Milton

4969382.1:001152.00001